UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON K. DAVIS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>B. KIBLER, Warden,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-07620-FMO (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: May 31, 2022

/s/
_____
FERNANDO M. OLGUIN
United States District Judge